**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-2288**

_____

TONY GENE FORRESTER,

        Plaintiff - Appellant,

    v.

LYN SIMMONS; VICTORIA ANN LATHAM; JARRETT CHRISTOPHER ELLIS,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Arenda L. Wright Allen, District Judge.  (4:22-cv-00131-AWA-DEM)

_____

Submitted:  October 10, 2024                    Decided:  October 15, 2024

_____

Before WILKINSON and AGEE, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Tony Gene Forrester, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony Gene Forrester appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Forrester v. Simmons*, No. 4:22-cv-00131-AWA-DEM (E.D. Va. Nov. 17, 2023). We deny Forrester's motions to seal, deem facts admitted, and for sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*